UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALPH BAKER, : | |
| Plaintiff, : | Civ. No. 23-3436 (RK) (TJB) |
| v. : | |
| NEW JERSEY DEPARTMENT OF : | **MEMORANDUM AND ORDER** |
| CORRECTIONS, et al., : | |
| Defendants. : | |

Plaintiff, Ralph Baker ("Plaintiff" or "Baker"), is a state prisoner currently incarcerated at the New Jersey State Prison in Trenton, New Jersey. He is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. Previously, this Court administratively terminated this matter as Plaintiff had not paid the filing fee nor had he applied to proceed *in forma pauperis*. *See* ECF No. 4. Subsequently, Plaintiff filed an application to proceed *in forma pauperis*, *see* ECF No. 5, such that the Clerk will be ordered to reopen this case so that the *in forma pauperis* application can be analyzed.

Plaintiff's application to proceed *in forma pauperis* will be denied without prejudice. As this Court noted in a prior order, a complete *in forma pauperis* application includes a certified inmate trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint. *See* ECF No. 4 at 1 (citing 28 U.S.C. § 1915(a)(2)). Plaintiff's recent *in forma pauperis* application lacks that required certified six-month account statement.[1]

---

[1] It is worth noting that Plaintiff filed a prisoner account statement contemporaneously with his complaint. *See* ECF 1-3 at 7-8. However, *that* account statement has not been certified by an appropriate prison official.

Accordingly, IT IS on this __4th__ day of December, 2023,

ORDERED that the Clerk shall reopen this case so that this Court can consider Plaintiff's *in forma pauperis* application; and it is further

ORDERED that Plaintiff's application to proceed *in forma pauperis*, ECF No. 5, is denied without prejudice; and it is further

ORDERED that the Clerk shall re-administratively terminate this case; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall either pay the $402.00 filing fee ($350.00 filing fee plus $52.00 administrative fee)[2] or submit a complete *in forma pauperis* application within thirty (30) days of the date of this memorandum and order; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail the following: (1) a copy of this memorandum and order; and (2) a blank copy of an application by a prisoner to proceed *in forma pauperis* in a civil rights case.

ROBERT KIRSCH
United States District Judge

---

[2] Effective December 1, 2023, the administrative fee increased from $52.00 to $55.00. However, given that this action was initiated before that fee increase, should Plaintiff elect to pay this fee rather than proceed *in forma pauperis*, he shall only owe the administrative fee owed at the time this action was initiated - $52.00.

2